# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

MILY CABRERA,

        Plaintiff,

v.          Case No. 6:21-cv-99-JRK

KILOLO KIJAKAZI,
Acting Commissioner of Social
Security,

        Defendant.
_____/

## **O R D E R** [1]

This cause is before the Court on the Mandate and Judgment issued by the United States Court of Appeals for the Eleventh Circuit on October 30, 2023 (Doc. No. 37; "Mandate") and the Opinion issued by the Eleventh Circuit on September 7, 2023 (Doc. No. 36; "Opinion"). The Mandate and Opinion remand the matter to this Court "with instructions to vacate the Commissioner's decision and to remand to the Commissioner for further proceedings consistent with th[e O]pinion." Accordingly, it is

**ORDERED:**

The Clerk of Court is directed to enter judgment **VACATING** the Commissioner's final decision and **REMANDING** this case to the

---

[1] The parties consented to the exercise of jurisdiction by a United States Magistrate Judge. See Notice, Consent, and Reference of a Civil Action to a Magistrate Judge (Doc. No. 21), filed July 26, 2021; Reference Order (Doc. No. 23), entered July 27, 2021.

Commissioner for the purpose of conducting further proceedings consistent with the Eleventh Circuit's Opinion. The file shall thereafter be closed.

**DONE AND ORDERED** in Jacksonville, Florida on November 9, 2023.

                                          JAMES R. KLINDT
                                United States Magistrate Judge

kaw
Copies:
Counsel of Record